United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 23, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-663 |
| ASPIRE CREDIT CARD | § | |

### ORDER CLOSING MISCELLANEOUS PROCEEDING

The statement filed at ECF No. 7 moots this miscellaneous proceeding. The proceeding is closed.

SIGNED 10/23/2023

_____
Marvin Isgur
United States Bankruptcy Judge